# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MIA S LUSTER, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:26-cv-00002 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| ACCENTURE FEDERAL SERVICES, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 17, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #18) that Defendant Accenture Federal Services's Motion to Dismiss (Dkt. #15) be granted; that Plaintiff Mia Luster's complaint (Dkt. #7-1) be dismissed without prejudice; that within fourteen (14) days of the docketing of this memorandum, Plaintiff Luster be given leave to amend her complaint; and that if she does not file an amended complaint, her complaint be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is **ORDERED** that Defendant Accenture Federal Services's Motion to Dismiss (Dkt. #15) is hereby **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff Luster be granted leave to amend her complaint within 14 days of the entry of this memorandum.

**IT IS SO ORDERED**.

**SIGNED this 7th day of July, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE